**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No.  13-cv-01266-LTB

PERLA S. NEVAREZ,

    Plaintiff,

v.

DENVER HEALTH AND HOSPITAL AUTHORITY doing business as DENVER HEALTH MEDICAL CENTER and DENVER HEALTH WOMAN'S CARE CLINIC,

    Defendant.
_____

**ORDER**
_____

THIS MATTER having come before the Court on the Plaintiff's Response to Court's Show Cause Order (Doc 7 - filed February 28, 2014), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITHOUT PREJUDICE,** each party to pay their own fees and costs.

                              BY THE COURT:

                                s/Lewis T. Babcock
                              Lewis T. Babcock, Judge

DATED:  March 3, 2014